PATTERSON BELKNAP WEBB & TYLER LLP
Frederick B. Warder III
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendants
McDermott Will & Emery LLP,
William P. Smith, Stephen B. Selbst
and David D. Cleary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
                                    :
GRAY & ASSOCIATES, LLC, in its capacity as    :    08 CV ___
Trustee, on behalf of the SAINT VINCENT       :
CATHOLIC MEDICAL CENTER LITIGATION
TRUST,                                        :    RULE 7.1 DISCLOSURE
                                                   STATEMENT
        Plaintiff,                            :

              - against -                     :

MCDERMOTT WILL & EMERY LLP, WILLIAM
P. SMITH, STEPHEN B. SELBST and DAVID D.
CLEARY,

        Defendants.
----------------------------------- x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant McDermott Will & Emery LLP certifies that (1) defendant McDermott Will & Emery LLP has no parent corporation and that (2) no publicly held corporation owns ten percent or more of its stock.

Dated: May 9, 2008
New York, New York

*[signature]*

Frederick B. Warder III
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

1483276v.2