PATTERSON BELKNAP WEBB & TYLER LLP
Frederick B. Warder III
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendants
McDermott Will & Emery LLP,
William P. Smith, Stephen B. Selbst
and David D. Cleary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GRAY & ASSOCIATES, LLC in its capacity          :
as Trustee on behalf of the SAINT VINCENT       :
CATHOLIC MEDICAL CENTER LITIGATION      :          08 CV 4401
TRUST,                                          :
                                                :
                        Plaintiff,              :
                                                :          ECF Case
            v.                                  :
                                                :
MCDERMOTT WILL & EMERY LLP,                      :
WILLIAM P. SMITH, STEPHEN B. SELBST,            :          **AFFIDAVIT OF SERVICE**
and DAVID D. CLEARY,                            :
                                                :
                        Defendants.             :
                                                :
-------------------------------------------------------------X
STATE OF NEW YORK             )
                                :ss.:
COUNTY OF NEW YORK            )


        CHRISTINA I. BELANGER, being duly sworn, deposes and says:

        1.      I am over 18 years of age, not a party to this action, and am employed by

the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of Americas,

New York, New York 10036.

        2.      On May 9, 2008, I served the following documents:

        -       *NOTICE OF REMOVAL TO FEDERAL COURT*

        -       *CIVIL COVER SHEET*

1486929v.1

-    ***RULE 7.1 STATEMENT***

upon the following by overnight courier service (Federal Express) directed to him at the address

below:

>       Alfredo Mendez, Esq.
>       ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
>          GREENBERG, FORMATO & EINEGER, LLP
>       630 Third Avenue
>       New York, New York 10017

CHRISTINA I. BELANGER

Sworn to before me this
14th day of May, 2008

Notary Public

ELIZABETH WILLIS
Notary Public, State of New York
No. 31-01WI6014356
Qualified in New York County
Commission Expires October 13, 2010

1486929v.1