ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO &
EINIGER, LLP
Alfredo F. Mendez
630 Third Avenue
New York, NY 10017
Telephone: (212) 279-9200
Attorneys for Plaintiff
Gray & Associates, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

GRAY & ASSOCIATES, LLC, in its capacity as : 08 CV 04401 (UA)
Trustee, on behalf of the SAINT VINCENT
CATHOLIC MEDICAL CENTER LITIGATION :
TRUST,
                                                                                   RULE 7.1 DISCLOSURE
                                                                                    STATEMENT
Plaintiff,

       - against -

MCDERMOTT WILL & EMERY LLP, WILLIAM
P. SMITH, STEPHEN B. SELBST and DAVID D. :
CLEARY,

Defendants.

------------------------------------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff Gray & Associates, LLC certifies that (1) plaintiff Gray & Associates, LLC has no parent corporation and that (2) no publicly held corporation owns ten percent or more of its stock or equity.

Dated: May 15, 2008
New York, New York

_____
Alfredo F. Mendez
Abrams, Fensterman, Fensterman, Eisman,
Greenberg, Formato & Einiger, LLP
630 Third Avenue
New York, NY 10017
Tel: (212) 279-9200
Fax: (212) 279-0600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2008, a copy of the within Rule 7.1 Disclosure Statement was mailed first class, postage prepaid to: Frederick B. Warder, III, Esq., Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036-6710.

_____
Alfredo F. Mendez

#63442

2