PATTERSON BELKNAP WEBB & TYLER LLP
Frederick B. Warder III
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendants
McDermott Will & Emery LLP,
William P. Smith, Stephen B. Selbst
and David D. Cleary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GRAY & ASSOCIATES, LLC in its capacity
As Trustee on behalf of the SVCMC
Litigation Trust,

              Plaintiff,

              v.

MCDERMOTT WILL & EMERY LLP,
WILLIAM P. SMITH, STEPHEN B. SELBST,
and DAVID D. CLEARY,

              Defendants.

-------------------------------------------------------------X

08 CV 4401

ECF Case

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE THAT Defendants McDermott Will & Emery LLP, William P. Smith, Stephen B. Selbst, and David D. Cleary shall move the United States District Court for the Southern District of New York, before the United States District Judge assigned to

1498223v.1

this case on a date to be determined by the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint.

Dated: New York, New York
       May 15, 2008

                      Respectfully submitted,

                      PATTERSON BELKNAP WEBB & TYLER LLP

                      By:    /s/ Frederick B. Warder III
                            Frederick B. Warder III
                            PATTERSON BELKNAP WEBB &
                                TYLER LLP
                            1133 Avenue of the Americas
                            New York, New York  10036
                            Tel:  (212) 336-2000
                            Fax: (212) 336-2222

                            Attorneys for Defendants McDermott Will &
                            Emery LLP, William P. Smith, Stephen B. Selbst
                            and David D. Cleary

TO:    ALFREDO MENDEZ, ESQ.
        BRUCE A. BLAKEMAN, ESQ.
        SARAH C. LICHTENSTEIN, ESQ.
        Abrams, Fensterman Fensterman Eisman
               Greenberg Formato & Einiger, LLP
        Attorneys for Plaintiffs
        630 Third Avenue
        New York, NY 10017
        Telephone: (212) 279-9200