PATTERSON BELKNAP WEBB & TYLER LLP
Frederick B. Warder III
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendants
McDermott Will & Emery LLP,
William P. Smith, Stephen B. Selbst
and David D. Cleary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GRAY & ASSOCIATES, LLC in its capacity :
as Trustee on behalf of the SAINT VINCENT :
CATHOLIC MEDICAL CENTER LITIGATION :    08 CV 4401
TRUST, :
 :
            Plaintiff, :
 :    ECF Case
        v. :
 :
MCDERMOTT WILL & EMERY LLP, :
WILLIAM P. SMITH, STEPHEN B. SELBST, :    **AFFIDAVIT OF SERVICE**
and DAVID D. CLEARY, :
 :
            Defendants. :
 :
-----------------------------------------------------------X

STATE OF NEW YORK       )
                        :ss.:
COUNTY OF NEW YORK      )

  CHRISTINA I. BELANGER, being duly sworn, deposes and says:

  1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of Americas, New York, New York 10036.

  2. On May 15, 2008, I caused a true copy of the following documents:

   -  *NOTICE OF MOTION TO DISMISS*

1504979v.1

- *DECLARATION OF FREDERICK B. WARDER III IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS*

- *MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS*

to be served by hand delivery upon the following directed to him at the address below:

Alfredo Mendez, Esq.
ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
  GREENBERG, FORMATO & EINEGER, LLP
630 Third Avenue
New York, New York 10017

CHRISTINA I. BELANGER

Sworn to before me this
15th day of May, 2008

Notary Public

NICHOLAS J. LAFORGE
Notary Public, State of New York
No. 01LA6156533
Qualified in Kings County
Certificate Filed in New York County
Commission Expires July 31, 2010

1504979v.1