ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
GREENBERG, FORMATO & EINIGER, LLP
Alfredo Mendez (AM-7406)
Sarah C. Lichtenstein (SL-5015)
  630 Third Avenue, 5th Floor
  New York, NY 10017
  (212) 279-9200
Attorneys for plaintiff
Gray & Associates, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GRAY & ASSOCIATES, LLC, in its capacity as          :
Trustee on behalf of the SAINT VINCENT CATHOLIC
MEDICAL CENTER LITIGATION TRUST,                    :          08 CV 04401 (UA)

                    Plaintiff,                      :

             -against-                              :          NOTICE OF APPEARANCE

MCDERMOTT WILL & EMERY LLP, WILLIAM P.              :
SMITH, STEPHEN B. SELBST and
DAVID D. CLEARY,                                    :

                    Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - -x

PLEASE TAKE NOTICE THAT Abrams, Fensterman, Fensterman, Eisman, Greenberg,

Formato & Einiger, LLP hereby appears in this action on behalf of plaintiff Gray & Associates,

LLC and requests that all notices given or required to be given in this case and all papers served

or required to be served in this case be given to and served upon the undersigned.

Dated:  May 16, 2008

                              ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
                              GREENBERG, FORMATO & EINIGER, LLP


                              By    /s/ *Sarah C. Lichtentsein*
                                   Sarah C. Lichtenstein, Esq. (SL-5015)
                                 630 Third Avenue, 5th Floor
                                 New York, NY 10017
                                 (212) 279-9200
                              Attorneys for plaintiff