UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GRAY & ASSOCIATES, LLC, in its capacity as  :
Trustee on behalf of the SAINT VINCENT CATHOLIC
MEDICAL CENTER LITIGATION TRUST,            :      08 CV 04401 (UA)

                Plaintiff,                :

        -against-                                 :      **MOTION TO ADMIT**
                                                      **COUNSEL**
MCDERMOTT WILL & EMERY LLP, WILLIAM P.      :      **PRO HAC VICE**
SMITH, STEPHEN B. SELBST and
DAVID D. CLEARY,                            :

                Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alfredo F. Mendez, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Arnold M. Weiner | Barry L. Gogel |
| Law Offices of Arnold M. Weiner | Law Offices of Arnold M. Weiner |
| 2002 Clipper Park Road | 2002 Clipper Park Road |
| Baltimore, Maryland 21211 | Baltimore, Maryland 21211 |
| Phone: 410-769-8080 | Phone: 410-769-8080 |
| Fax: 410-769-8811 | Fax: 410-769-8811 |
| | |
| William F. Ryan, Jr. | Kevin G. Hroblak |
| Whiteford, Taylor & Preston, L.L.P. | Whiteford, Taylor & Preston, L.L.P. |
| Seven Saint Paul Street | Seven Saint Paul Street |
| Baltimore, MD 21202-1636 | Baltimore, MD 21202-1636 |
| Phone: 410-752-7092 | Phone: 410-752-7092 |
| Fax: 410-752-7092 | Fax:: 410-752-7092 |

      Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. and Kevin G. Hroblak are all members in good standing of the Bar of the State of Maryland.

- 2 -

There are no pending disciplinary proceedings against Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. or Kevin G. Hroblak in any State or Federal court.

Dated: May 14, 2008

                                      Alfredo F. Mendez, Esq. (AM-7406)
                                      Abrams, Fensterman, Fensterman, Eisman,
                                      Greenberg, Formato & Einiger, LLP
                                      630 Third Avenue
                                      New York, NY 10017
                                      212-279-9200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

GRAY & ASSOCIATES, LLC, in its capacity as : 
Trustee on behalf of the SAINT VINCENT CATHOLIC
MEDICAL CENTER LITIGATION TRUST,           :      08 CV 04401 (UA)

      Plaintiff,              :

    -against-                           :      **AFFIDAVIT IN SUPPORT
                           OF MOTION TO ADMIT**
MCDERMOTT WILL & EMERY LLP, WILLIAM P.      :      **COUNSEL PRO HAC VICE**
SMITH, STEPHEN B. SELBST and
DAVID D. CLEARY,                           :

      Defendants.             :

----------------------------------------x

  Alfredo F. Mendez, being duly sworn, says:

  1.  I am a member of Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP, attorneys for plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge in support of Plaintiff's motion to admit Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. and Kevin G. Hroblak as counsel pro hac vice to represent Plaintiff in this matter.

  2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

  3.  I have known Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. and Kevin G. Hroblak from working with them in connection with the commencement of this action in the Supreme Court of the State of New York and its recent removal to this Court by defendants.

  4.  Arnold M. Weiner and Barry L. Gogel are principals of the Law Offices of Arnold M. Weiner located in Baltimore, Maryland. William F. Ryan, Jr. and Kevin G. Hroblak are members of Whiteford, Taylor & Preston, L.L.P. also located in Baltimore, Maryland. Annexed collectively as Exhibit A are Certificates of Good Standing for Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. and Kevin G. Hroblak issued within 30 days of the day of this motion.

  5.  I have found Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. and Kevin G. Hroblak to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

- 2 -

6.    Accordingly, I am pleased to move the admission of Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. and Kevin G. Hroblak, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. and Kevin G. Hroblak, pro hac vice, a copy of which is annexed as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Arnold M. Weiner, Barry L. Gogel, William F. Ryan, Jr. and Kevin G. Hroblak, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

_____
Alfredo F. Mendez (AM-7406)

Sworn to before me on
May 14, 2008

_____
Notary Public

LOUIS J. DELSIGNORE JR.
Notary Public - State of New York
No. 02DE6149310
Qualified in New York County
Commission Expires 07/10/2010

# Court of Appeals
# of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-fifth day of October, 1957,

### Arnold Murray Weiner

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-first day of April, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1997,

### Barry L. Gogel

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

                          **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-first day of April, 2008.

                                        _Bessie M. Decker_
                                    Clerk of the Court of Appeals of Maryland

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the ninth day of November, 1979,

### William Fitts Ryan, Jr.

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of April, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1998,

### Kevin Gerald Hroblak

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of April, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GRAY & ASSOCIATES, LLC, in its capacity as : 
Trustee on behalf of the SAINT VINCENT CATHOLIC
MEDICAL CENTER LITIGATION TRUST,  :   08 CV 04401 (UA)

      Plaintiff,  :

   -against-  :   **ORDER FOR ADMISSION**
             **PRO HAC VICE**
MCDERMOTT WILL & EMERY LLP, WILLIAM P.  :   **ON WRITTEN MOTION**
SMITH, STEPHEN B. SELBST and
DAVID D. CLEARY,  :

      Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

  Upon the motion of Alfredo F. Mendez, a member of Abrams Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP, attorneys for plaintiff Gray & Associates, LLC and upon Alfredo F. Mendez's attorney's affidavit in support;

  **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Arnold M. Weiner<br>Law Offices of Arnold M. Weiner<br>2002 Clipper Park Road<br>Baltimore, Maryland 21211<br>Phone: 410-769-8080<br>Fax: 410-769-8811<br>aweiner@wwlawoffice.com | Barry L. Gogel<br>Law Offices of Arnold M. Weiner<br>2002 Clipper Park Road<br>Baltimore, Maryland 21211<br>Phone: 410-769-8080<br>Fax: 410-769-8811<br>bgogel@wwlawoffice.com |
| William F. Ryan, Jr.<br>Whiteford, Taylor & Preston, L.L.P.<br>Seven Saint Paul Street<br>Baltimore, MD 21202-1636<br>Phone: 410-752-7092<br>Fax: 410-752-7092<br>wryan@wtplaw.com | Kevin G. Hroblak<br>Whiteford, Taylor & Preston, L.L.P.<br>Seven Saint Paul Street<br>Baltimore, MD 21202-1636<br>Phone: 410-752-7092<br>Fax:: 410-752-7092<br>khroblak@wtplaw.com |

- 2 -

are admitted to practice pro hac vice as counsel for plaintiff Gray & Associates, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:       May ____, 2008

 

                                                  _____
                                                  United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

      **REGINA C. McCLEAN**, being duly sworn deposes and says:

      I am a LEGAL SECRETARY AT ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, GREENBERG, FORMATO & EINIGER, LLP. I am not a party to the action, am over 18 years of age and reside in the County of Queens, in the State of New York.

      On May 15, 2008, I served the within **MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE AND ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION,** by depositing a true copy of same, securely enclosed in a post-paid wrapper, addressed to the parties named below at the address shown, in an official depository, under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons, being parties interested in this proceeding, by mail at their last known address, to wit:

TO:   LAW OFFICES OF:
       Patterson Belknap Webb & Tyler, LLP
       1133 Avenue of the Americas
       New York, NY 10036-6710

                                            REGINA C. McCLEAN

Sworn to before me this
15th day of May, 2008

NOTARY PUBLIC

LOUIS J. DELSIGNORE JR.
Notary Public - State of New York
No. 02DE6149310
Qualified in New York County
Commission Expires 07/10/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRAY & ASSOCIATES, LLC, in its capacity as
Trustee on behalf of the SAINT VINCENT CATHOLIC
MEDICAL CENTER LITIGATION TRUST,

       Plaintiff,      08 CV 04401 (UA)

 -against-

MCDERMOTT WILL & EMERY LLP, WILLIAM P.
SMITH, STEPHEN B. SELBST and DAVID D. CLEARY,

       Defendants.

---

MOTION TO ADMIT COUNSEL PRO HAC VICE
AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE
ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

---

      Abrams, Fensterman, Fensterman, Eisman,
      Greenberg, Formato & Einiger LLP
      *Attorneys for Defendant*
      630 Third Avenue – 5th Floor
      NEW YORK, NEW YORK 10017
      Telephone: (212) 279-9200
      Telefax:  (212) 279-0600

         Signature (Rule 130-1.1-a)

         */s/ Alfredo F. Mendez*
         ALFREDO F. MENDEZ

Service of a copy of the within   is
hereby admitted on the  day of  2008

---

**Attorneys for**

---

**PLEASE TAKE NOTICE:**
**NOTICE OF ENTRY:** The within is a true copy of a  entered in the office of the Clerk
of the within named Court on
**NOTICE OF SETTLEMENT:** The within, which is a true copy of an Order/Judgment will be presented
       for settlement to the HON.       one of the
       Judges of the within named Court on the day of  2008 at
      9:30 A.M.

**DATED:**