UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GRAY & ASSOCIATES, LLC, in its capacity as
Trustee on behalf of the SAINT VINCENT CATHOLIC
MEDICAL CENTER LITIGATION TRUST,  :    08 CV 04401 (UA)

                Plaintiff,  :

   -against-  :    **ORDER FOR**
                                             **ADMISSION**
MCDERMOTT WILL & EMERY LLP, WILLIAM P.  :    **PRO HAC VICE**
SMITH, STEPHEN B. SELBST and  **ON WRITTEN MOTION**
DAVID D. CLEARY,  :

                Defendants.  :

----------------------------------------------------------x

Upon the motion of Alfredo F. Mendez, a member of Abrams Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP, attorneys for plaintiff Gray & Associates, LLC and upon Alfredo F. Mendez's attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Arnold M. Weiner
Law Offices of Arnold M. Weiner
2002 Clipper Park Road
Baltimore, Maryland 21211
Phone: 410-769-8080
Fax: 410-769-8811
aweiner@wwlawoffice.com

Barry L. Gogel
Law Offices of Arnold M. Weiner
2002 Clipper Park Road
Baltimore, Maryland 21211
Phone: 410-769-8080
Fax: 410-769-8811
bgogel@wwlawoffice.com

William F. Ryan, Jr.
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202-1636
Phone: 410-752-7092
Fax: 410-752-7092
wryan@wtplaw.com

Kevin G. Hroblak
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202-1636
Phone: 410-752-7092
Fax:: 410-752-7092
khroblak@wtplaw.com

- 2 -

are admitted to practice pro hac vice as counsel for plaintiff Gray & Associates, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:       May 22, 2008

_____
United States District/Magistrate Judge