UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

GRAY & ASSOCIATES, LLC, in its capacity as Trustee, on behalf of the SVCMC Litigation Trust

    Plaintiff,

- against -

MCDERMOTT WILL & EMERY LLP, WILLIAM P. SMITH, STEPHEN B. SELBST and DAVID D. CLEARY,

    Defendants.

------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

08 CV 04401 (AKH)

ECF Case

## STIPULATION AND SCHEDULING ORDER

WHEREAS, defendants removed the above-captioned case from the Supreme Court of the State of New York, County of New York, to this Court on May 9, 2008 and filed a corrected notice of removal on May 22, 2008;

WHEREAS, plaintiff intends to move to remand the case to the state court from which it was removed;

WHEREAS, defendants moved to dismiss the complaint on May 15, 2008; and

WHEREAS, the parties have agreed, subject to court approval, upon a mutually convenient briefing schedule for both the plaintiff's motion to remand and the defendants' motion to dismiss;

NOW, THEREFORE, in consideration of the mutual promises contained herein, the parties stipulate and agree as follows:

    A.    **Removal and Remand**

    1.    Plaintiff will serve and file its motion to remand and supporting memorandum on June 9, 2008;

63463

2. Defendants will serve and file their memorandum in opposition to the motion to remand on July 14, 2008;

3. Plaintiff will serve and file its memorandum in reply to defendants' memorandum in opposition to the motion to remand on August 4, 2008.

### B. Motion to Dismiss Complaint

1. Plaintiff will serve and file its memorandum in opposition to the defendants' motion to dismiss on June 17, 2008.

2. Defendants will serve and file their memorandum in reply to plaintiff's memorandum in opposition to the defendants' motion to dismiss on July 18, 2008.

Dated: May 29, 2008
New York, New York

ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO &
EINIGER, LLP

By: _____
Alfredo F. Mendez (AM-7406)
630 Third Avenue
New York, NY 10017
Telephone: (516) 328-2300
Facsimile: (516) 328-6638

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
Frederick B. Warder III (FW5348)
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Counsel for McDermott Will & Emery LLP,
William P. Smith, Stephen B. Selbst and David D.
Cleary, Defendants*

WHITEFORD, TAYLOR & PRESTON, L.L.P.

By: _____
William F. Ryan, Jr. (*admitted pro hac vice*)
Kevin G. Hroblak (*admitted pro hac vice*)
Seven Saint Paul Street
Baltimore, MD 21202-1636
Telephone: (410) 347-8700
Facsimile: (410) 752-7092

63463                              2

LAW OFFICES OF ARNOLD M. WEINER

By: _____
Arnold M. Weiner *(admitted pro hac vice)*
Barry L. Gogel *(admitted pro hac vice)*
Suite 108
2002 Clipper Park Road
Baltimore, MD 21211
Telephone: (410) 769-8080
Facsimile: (410) 769-8811

*Counsel for Gray & Associates, LLC, in its capacity as Trustee on behalf of the Saint Vincent Catholic Medical Center Litigation Trust, Plaintiff*

SO ORDERED

This ____ day of _____, 2008

_____
United States District Judge

63463

3