WHITEFORD, TAYLOR & PRESTON L.L.P.
William F. Ryan, Jr.
Kevin G. Hroblak
 7 Saint Paul Street, Suite 1500
 Baltimore, MD 21202
 (410) 347-8700
Attorneys for Plaintiff
Gray & Associates, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| GRAY & ASSOCIATES, LLC, in its capacity as TRUSTEE, on behalf of the SVCMC LITIGATION TRUST, | : : : : |
| Plaintiff, | : 08 CV 04401 (AKH) : : **NOTICE OF APPEARANCE** |
| -against- | : : |
| MCDERMOTT WILL & EMERY, LLP, WILLIAM P. SMITH, STEPHEN B. SELBST AND DAVID D. CLEARY, | : : : |
| Defendants | : : |

------------------------------------------------------------------------X

　　　　PLEASE TAKE NOTICE THAT Whiteford, Taylor & Preston L.L.P. hereby appears in this action on behalf of Plaintif Gray & Associates, LLC and requests that all notice given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned.

Dated:  June 5, 2008

　　　　　　　　　　　　　　　　　　　WHITEFORD, TAYLOR & PRESTON L.L.P.

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　William F. Ryan, Jr.
　　　　　　　　　　　　　　　　　　　Kevin G. Hroblak
　　　　　　　　　　　　　　　　　　　　Seven Saint Paul Street
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202-1626
　　　　　　　　　　　　　　　　　　　　(410) 347-8700
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　GRAY & ASSOCIATES, LLC

*1796835*