## WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1636
MAIN TELEPHONE (410) 347-8700

WILLIAM F. RYAN, JR.
DIRECT LINE (410) 347-8741
DIRECT FAX (410) 223-4161
wryan@wtplaw.com

BALTIMORE, MD
COLUMBIA, MD
FALLS CHURCH, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

June 9, 2008

**VIA ELECTRONIC FILING**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

    Re: *Gray & Associates, LLC, in its capacity as Trustee, on behalf of the SVCMC Litigation Trust v. McDermott Will & Emery LLP, William P. Smith, Stephen B. Selbst, and David D. Cleary*
       **08 CV 04401 (AKH) (ECF Case)**

Dear Judge Hellerstein:

  I am writing to inform the Court that the Plaintiff, Gray & Associates, LLC, in its capacity as Trustee of the SVCMC Litigation Trust, has elected not to move to remand the within removed action.

  Accordingly, the provisions of paragraph A of the Stipulation and Order dated May 20, 2008, regarding the filing of a motion to remand and briefing of remand issues, are now moot.

          Very truly yours,

          William F. Ryan, Jr.

WFR:lcb
cc: Frederick B. Warder, III, Esquire
   Alfredo F. Mendez, Esquire

*1797627*

*Whiteford, Taylor and Preston L.L.P. is a limited liability partnership. Our Delaware office is operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.*