RECEIVED
JUL 16 2008
CHAMBERS
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/08

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Michael E. Johnson     Direct Dial: 212-210-9584     E-mail: michael.johnson@alston.com

July 8, 2008

**BY HAND**

Honorable Alvin K. Hellerstein
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    McDermott, Will & Emery LLP v. St. Vincents Catholic Medical Centers of New York, Civ. No. 1:07-cv-09818 (AKH) and Gray & Associates, LLC v. McDermott, Will & Emery LLP, Civ. No. 1:08-cv-4401 (AKH).

Dear Judge Hellerstein:

We represent the Creditors Committee of Saint Vincents Catholic Medical Centers of New York ("Creditors Committee") in the above-referenced action bearing case number 1:07-cv-09818. We write with respect to the joint case status conference in the above-referenced actions, which the Court recently adjourned from July 11 to July 18, 2008. We have a conflict on July 18, as do certain other counsel scheduled to appear at the conference, and we therefore request that the conference be adjourned to another date that is acceptable to the Court. We have conferred with counsel for all parties, and all attorneys are available on August 5, 2008. We understand that the Court's preference is to schedule this conference on a Friday, but unfortunately there is no Friday in July or August when all counsel are available. Please let us know if we should check counsel's availability in September.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Michael E. Johnson

cc (via email):    Michael L. Cook, Esq.     Frederick Warder III, Esq.
                 Frank A. Oswald, Esq.     William F. Ryan, Esq.
                 Howard P. Magaliff, Esq.     Arnold Weiner, Esq.
                 Alicia M. Leonhard, Esq

[Handwritten note: Conf adjourned to Sept 12, 2008, 9:30 am. No further adjournments. 7-18-08 /s/ AKH]

One Atlantic Center    Bank of America Plaza    3201 Beechleaf Court, Suite 600    950 F Street, NW    Brienner Strasse 11/V
1201 West Peachtree Street    101 South Tryon Street, Suite 4000    Raleigh, NC 27604-1062    Washington, D.C. 20004    80333 Munich
Atlanta, GA 30309-3424    Charlotte, NC 28280-4000    919-862-2200    202-756-3300    (49) (89) 238-0-70
404-881-7000    704-444-1000    Fax: 919-862-2260    Fax: 202-756-3333    Fax: (49) (89) 238-0-7110
Fax: 404-881-7777    Fax: 704-444-1111     (Representative Office)